7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Robert Dwane Hillhouse and Rose Marie Hillhouse
*Debtor*

**Robert Dwane Hillhouse**
**Rose Marie Hillhouse**
   Plaintiff(s)

v.

**Central Bank**
**Lonnie Bruce**
   Defendant(s)

*Bankruptcy Case No.*
13–61298–abf7

*Adversary Case No.*
13–06050–abf

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of Plaintiffs, Robert and Rose Hillhouse, and againtst Defendants(s), Central Bank and Small Business Adminstration, on Plaintiff's Complaint to Avoid Wholly Unsecured Lien in Real Estate, in accordance with the Judgment entered by this Court on 11/18/2013, as Document No. 6, in Adversary No. 13–06050–abf.

                          Ann Thompson
                          Court Executive

                          By: /s/ Sharon Greene
                              Deputy Clerk



Date of issuance: 11/18/13

Court to serve